

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-9-2009

# USA v. Le

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3254

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Le" (2009). *2009 Decisions.* Paper 694.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/694

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES OF AMERICA

v.

MICHAEL NGUYEN,
THUY A. LE

                                        Appellants

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
Nos. 04-cr-00767-15 / 04-cr-00767-22

(District Judge: The Honorable Paul S. Diamond)


_____


Submitted Pursuant to Third Circuit LAR 34.1(a)
April 13, 2009

Before: McKEE, SMITH, *Circuit Judges* and STEARNS[*], *District Judge*.


ORDER AMENDING OPINION AND JUDGMENT

It appearing that Appellant Nguyen was incorrectly identified as Robert Nguyen

_____

[*]Honorable Richard G. Stearns, United States District Judge for the District of
Massachusetts, sitting by designation.

1

rather that Michael Nguyen, it is hereby ORDERED that the opinion and judgment filed September 8, 2009 are amended to correctly identify Appellant Nguyen as Michael Nguyen.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 9, 2009